**No. P68/316.**—Brown, Alcantar & Brown, Inc. v. United States, protests 62/15032, etc. (El Paso).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wooden doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 24, 1968

**No. P68/317.**—W. Kay Company, Inc. v. United States, protest 66/9298 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.